IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL WINKLER,

    Petitioner,

v.                                                          Case No. 19-cv-630-jdp

MICHAEL MEISNER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the federal habeas corpus petition filed pursuant to 28 U.S.C. § 2254 by Michael Winkler and dismissing this case without prejudice.

    /s/                                                  01/07/2020
Peter Oppeneer, Clerk of Court                 Date